# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No:  Cr. 11-141-1 RHK/JJK |
| | Date:  February 1, 2013 |
| Frank Elroy Vennes Jr., | Court Reporter:  Carla Bebault |
| Defendant. | Courthouse:  St. Paul |
| | Courtroom:  7A |
| | Time Commenced:  3:30 |
| | Time Concluded:  4:20 |
| | Time in Court:  Hours & 50 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Richard Kyle, United States Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:    Tim Rank, Kim Svendsen, Robert Lewis
   For Defendant:   James Volling, Deborah Ellingboe, Leif Simonson

PROCEEDINGS:

   ☐ **Arraignment** on ☐ Information, ☐ Indictment
   ☒ **Change of Plea Hearing.**
   ☐ **Initial Appearance.**
   ☐ Indictment waived.
   ☐ Defendant withdraws plea of as to Count(s):

   ☒ PLEA:
      ☒ Guilty as to Count(s): 3 and 26 of Second Superseding Indictment
      ☐ Guilty as to All Counts without a Plea Agreement (Straight-up)
      ☐ "Nolo Contendere" as to Count(s):
      ☐ Defendant admits allegations in the Information.

   ☒ Presentence Investigation and Report requested.
   ☒ Bond continued.
   ☐ **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
   ☐ Defendant remanded to the custody of the U.S. Marshal.

                                                           s/Deborah Siebrecht
                                                                    Calendar Clerk