UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                              Crim. No. 11-141 (PAM/KMM)

      Plaintiff,

v.                                                                                            **ORDER**

Frank Elroy Vennes, Jr.,
David William Harrold,
Bruce Francis Prevost, and
James Nathan Fry,

      Defendants.

---

This matter is before the Court on the Government's Motion for a Preliminary Order of Forfeiture for Substitute Property. (Docket No. 671.) The Government seeks an order forfeiting $27,715.76 as substitute property in partial satisfaction of the forfeiture money judgments imposed on Defendants as part of their respective criminal sentences pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(e)(1)(B).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Government's Motion for a Preliminary Order of Forfeiture (Docket No. 671) is **GRANTED**;

2. Defendant Frank Elroy Vennes, Jr. is ordered to forfeit Treasury Offset payments in the amount of $13,545.16, pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), as substitute property to be applied to the money judgment forfeiture imposed against him;

3. Defendants David William Harrold and Bruce Francis Prevost are ordered to forfeit Treasury Offset payments in the amounts of $6,090.99 and $4,745.20, respectively, pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), as substitute property to be applied to the money judgment forfeiture imposed jointly and severally upon Defendants Harrold and Prevost;

4. Defendant James Nathan Fry is ordered to forfeit Treasury Offset payments in the amount of $3,334.41, pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), as substitute property to be applied to the money judgment forfeiture imposed against him;

5. The Attorney General or her authorized designee may seize and maintain custody and control of the property pending the entry of a final order of forfeiture;

6. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the Treasury Offset payments in such manner as the Attorney General may direct; and

7. Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the Treasury Offset payments.

Dated: <u>June 5, 2025</u>                               <u>s/ Paul A. Magnuson</u>
                                                        Paul A. Magnuson
                                                        United States District Court Judge